# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEVONTAE LATREZCE SCOTT**                                    PLAINTIFF

v.                              No. 3:17-cv-73-DPM

**RON HUNTER**, Judge, Poinsett County                          DEFENDANT

## ORDER

**1.** Scott didn't submit a certificate or calculation sheet with his application to proceed *in forma pauperis*. A jail official must complete and sign the certificate and calculation sheet. Scott's application, № 1, is therefore denied without prejudice.

**2.** The Court directs the Clerk to send Scott another application to proceed *in forma pauperis* with this Order. Scott must submit the completed application and certified calculation sheet by 12 May 2017. If he doesn't, then the Court will dismiss his complaint without prejudice. LOCAL RULE 5.5(c)(2). If the Court grants Scott permission to proceed *in forma pauperis*, then he will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

**3.** The Court directs the Clerk to send a copy of this Order to the Poinsett County Sheriff at the Poinsett County Detention Center, 1500 Justice Drive, Harrisburg, Arkansas, 72432.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 April 2017