# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

**DEVONTAE LATREZCE SCOTT**                                    **PLAINTIFF**

v.                              No. 3:17-cv-73-DPM

**RON HUNTER, Judge, Poinsett County**                        **DEFENDANT**

## ORDER

Scott hasn't submitted a completed application to proceed *in forma pauperis* and certified calculation sheet; and the time to do so has passed. № 4. Further, his mail is now being returned undelivered. № 5–7. Scott's complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. §1915(a)(3).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

16 May 2017