# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**DEVONTAE LATREZCE SCOTT**  PLAINTIFF

v.  No. 3:17-cv-73-DPM

**RON HUNTER, Judge, Poinsett County**  DEFENDANT

## JUDGMENT

Scott's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

18 May 2017